UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Micah Anderson, | Case No. 23-CV-0007 (NEB/ECW) |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| Omar Ishrak, Medtronic, Todd Weaver, and Geoffrey Martha, | |
| Defendants. | |

In an order dated January 11, 2023, this Court denied Plaintiff Micah Anderson's application to proceed *in forma pauperis* in this action. (*See* Dkt. 4 at 3.) As a result, the Court ordered Anderson to pay this action's filing fee by January 31, 2023, if he wanted his suit to proceed. (*See id.*) The order specifically warned Anderson that if he did not pay, "the Court [would] recommend that this action be dismissed without prejudice for failure to prosecute" under Federal Rule of Civil Procedure 41(b). (*Id.* at 2-3.)

Anderson's deadline has now passed, and he has not paid this action's filing fee. The Court thus recommends dismissing this action under Rule 41(b). *See, e.g.*, *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

**IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**

under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: February 15, 2023

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).