UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICAH ANDERSON, | Case No. 23-CV-7 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| OMAR ISHRAK, MEDTRONIC, TODD WEAVER, and GEOFFREY MARTHA, | |
| Defendants. | |

The Court has received the February 15, 2023, Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 5.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation is ACCEPTED (ECF No. 5);

2. Plaintiff's motion at ECF No. 7 is DENIED as moot (ECF No. 7);

3. Plaintiff's motion at ECF No. 8 is DENIED as moot (ECF No. 8); and

4. The action is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 12, 2023                                           BY THE COURT:

s/Nancy E. Brasel  
Nancy E. Brasel  
United States District Judge